DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

ANDREW CALUORI,

Appellant,

v.

KATHERINE BARDO,

Appellee.

No. 2D22-3497

—————————————————

September 15, 2023

Appeal from the Circuit Court for Pinellas County; Evan G. Frayman, Judge.

Allison M. Perry of Florida Appeals, P.A., Tampa, for Appellant.

Russell L. Cheatham III of Law Office of Russell L. Cheatham III, Tierra Verde, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.